# United States District Court
## For The District of Wyoming

SHELBY LYNN HANSEN,

    Plaintiff,

    v.                                Case No.  2:14-cv-00138-SWS

Wyoming Medical Center, Inc, *a Wyoming corporation*, Emergency Medical Physicians PC, *a Wyoming corporation* and Dr Jonathan Binder,

    Defendant.

## **JUDGMENT IN A CIVIL CASE**

Decision by Court.  This action came to hearing before the Court on August 21, 2014.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Defendant's Wyoming Medical Center's Motion to Dismiss, joined by other Defendants, is GRANTED and the case is hereby Dismissed. Each party to pay their own fees.

August 22, 2014                          STEPHAN HARRIS

Date                                          CLERK OF COURT

*/s/ Darci R Smith*

(By) Deputy Clerk